# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KLEIBER ALEXANDER ARIAS GUDINO,<br><br>*Petitioner,*<br><br>v.<br><br>CRAIG LOWE, *in his official capacity as* Warden, Pike County Correctional Facility, *et al*<br><br>*Respondents.* | No.: 1:25-cv-571 (MK) |

## ORDER

NOW, this 30th day of May, 2025, upon consideration of Petitioner's Motion To Hold Case In Abeyance Or, In The Alternative, For An Extension Of Time To File Reply, IT IS HEREBY ORDERED that said motion is DENIED in part and GRANTED in part. Petitioner may file his reply to Respondents' response to the Petition on or before July 2, 2025. IT IS FURTHER ORDERED that the second motion for extension of time (Doc. 36) is DENIED AS MOOT.

*Karoline Mehalchick*
HON. KAROLINE MEHALCHICK
United States District Judge